# UNITED STATES DISTRICT COURT
для the
Eastern District of Wisconsin

In the Matter of the Search of:

Location history data from Google LLC generated from mobile devices. See Attachment A.

Case No. 19-846M (NJ)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

Location history data from Google LLC generated from mobile devices. See Attachment A.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

YOU ARE COMMANDED to execute this warrant ON OR BEFORE  May 15, 2019   (not to exceed 14 days)
☐ in the daytime between 6:00 a.m. and 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Nancy Joseph                                                                    .
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 1, 2019 2:45p

Judge's signature

City and State: Milwaukee, Wisconsin                              Hon. Nancy Joseph                , U.S. Magistrate Judge
Printed Name and Title

AO 93 (mod. 5/14) Search and Seizure Warrant

| Return | | |
|---|---|---|
| Case No: | Date and time warrant executed: 5-3-2019 | Copy of warrant and inventory left with: N/A LERS WEBSITE |
| Inventory made in the presence of: N/A LERS WEBSITE | | |
| Inventory of the property taken and/or name of any person(s) seized: | | |

- Google provided subscriber records for 6 accounts, on 12-9-2020. These accounts were selected from anonymous list.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 12/10/2020

_Matthew J. Gibson_
Executing officer's signature

MATTHEW J. GIBSON, INVESTIGATOR
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: 12/10/2020

_Nancy Joseph_
United States Magistrate Judge

# ATTACHMENT A

## Property To Be Searched

This warrant is directed to Google LLC and applies to:

(1) location history data, sourced from methods including GPS, wi-fi, and Bluetooth, generated from devices and that reported a device location within the geographical region bounded by the latitudinal and longitudinal coordinates, dates, and times below ("Initial Search Parameters"); and

(2) identifying information for Google Accounts associated with the responsive location history data.

## Initial Search Parameters

1. **Date**: April 27, 2019
   **Brinks Attempted Robbery**:
   Michaels
   3565 South 27th Street
   Milwaukee, WI
   42.978769, -87.951870 (Latitude/Longitude)
   **Time Period**: 10:20 a.m. CST to 10:40 a.m. CST
   **Radius**: 150 meters



2. **Date**: April 27, 2019
   **Brinks Stop Prior to Attempted Robbery**:
   Menards
   2101 Miller Park Way
   Milwaukee, Wisconsin
   43.006912, -87.970178 (Latitude/Longitude)
   **Time Period**: 10:00 a.m. CST to 10:20 a.m. CST
   **Radius**: 150 meters



3. **Date:** April 27, 2019
   **Brinks Stop Prior to Attempted Robbery:**
   Autozone
   1802 West Forest Home Avenue
   Milwaukee, Wisconsin
   43.008187, -87.935729 (Latitude/Longitude)
   **Time Period:** 9:50 a.m. CST to 10:05 a.m. CST
   **Radius:** 150 meters



4. **Date:** April 27, 2019 – April 28, 2019
   **1996 Honda Accord Arson:**
   2126 South 17th Street
   Milwaukee, Wisconsin
   43.005918, -87.934049 (Latitude/Longitude)
   **Time Period:** 12:00 a.m. CST to 1:30 a.m. CST
   **Radius:** 200 meters



5. **Date:** April 20, 2019
   **1996 Honda Accord Theft:**
   1837 North Humboldt Avenue
   Milwaukee, Wisconsin
   43.055283, -87.898235 (Latitude/Longitude)
   **Time Period:** 2:30 a.m. CST to 10:30 a.m. CST
   **Radius:** 150 meters



# ATTACHMENT B

## *Particular Things to be Seized*

### I. Information to be disclosed by Google

Google shall provide responsive data (as described in Attachment A) to the government pursuant to the following process:

1. Google shall query location history data based on the Initial Search Parameters specified in Attachment A.

2. For each location point recorded within the Initial Search Parameters, Google shall produce to the government anonymized information specifying the corresponding unique device ID, timestamp, coordinates, display radius, and data source, if available (the "Anonymized List").

3. The government shall review the Anonymized List in order to prioritize the devices about which it wishes to obtain identifying information.

4. Google is required to disclose to the government identifying information, as defined in 18 U.S.C. § 2703(c)(2), for the Google Account associated with each device ID about which the government inquires.

## II. Information to Be Seized

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 1951 (Hobbs Act robbery), 18 U.S.C. § 924(c) (Brandishing a Firearm During a Crime of Violence), and 18 U.S.C. § 844(h) (arson in connection with commission of a federal felony).